**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Antonio SEBASTIAN–ANTONIO, a.k.a.**
**Antonio Alberto Sebastian,**
**Defendant–Appellant.**

**No. 11–11543**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Sept. 29, 2011.

Steven E. Butler, Assistant U.S. Attorney, Kenyen Ray Brown, U.S. Attorney, Donna Barrow Dobbins, David Andrew Sigler, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Elsie Mae Miller, Fred W. Tiemann, Carlos A. Williams, Federal Defender's Office, Mobile, AL, Antonio Sebastian–Antonio, Manchester, KY, for Defendant–Appellant.

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Antonio Sebastian–Antonio in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sebastian–Antonio's conviction and sentence are **AFFIRMED.**